ORIGINAL

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Eastern District of Texas

FILED
SEP 1 8 2018
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| GREGORY DOUGLAS BENSON | ) | 4:18MJ362 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __AUGUST 21, 2018__ in the county of __COLLIN__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | Possession of a Firearm by an Unlawful User of a Controlled Substance |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S.A. ALBERTO VELEZ, A.T.F.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/18/18

_____
*Judge's signature*

City and state: PLANO, TEXAS

Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*