IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 4:18CR195 |
| v. | § § | Judge Crone |
| GREGORY DOUGLAS BENSON | § | |

**FIRST SUPERSEDING NDICTMENT**

FILED
APR 10 2019
Clerk, U.S. District Court
Texas Eastern

The United States Grand Jury charges:

**Count One**

<u>Violation</u>: 18 U.S.C. § 922(g)(3)
(Possession of Firearm by a Drug User)

On or about June 8, 2018, in Collin County, Texas, in the Eastern District of Texas, **Gregory Douglas Benson**, defendant, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting interstate commerce the following firearms (1) a Glock, Model 42, .380 caliber, semi-automatic pistol serial #ACAZ472, and a Romarm/Cugir, Model GP WASR 10/63, 7.62 x 39 caliber, semi-automatic rifle, bearing serial #1980KV1246, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

**Count Two**

<u>Violation</u>: 18 U.S.C. § 922(g)(3)
(Possession of Firearm by a Drug User)

On or about August 21, 2018, in Collin County, Texas, in the Eastern District of Texas, **Gregory Douglas Benson**, defendant, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting interstate commerce the

following firearm: a Smith and Wesson, .38 special revolver bearing serial #CEK2010 in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

A TRUE BILL

_____
FOREMAN

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____ for
MAUREEN SMITH
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 4:18CR195 |
| v. | § § | Judge |
| GREGORY DOUGLAS BENSON | § | |

## NOTICE OF PENALTY

### Counts One and Two

Violation:      18 U.S.C. § 922(g)(3)

Penalty:      Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000; supervised release for a term of not more than 3 years.

Special Assessment:   $100.00 count

Indictment
Page 3